IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **EXPRESS LIEN, INC. DBA *ZLIEN***         Plaintiffs, | *    **CIVIL ACTION NO. 2:15-cv-02519** <br> * <br> *    **JUDGE IVAN L.R. LEMELLE** |
| **VERSUS** | * <br> *    **MAGISTRATE JOSEPH WILKINSON, JR.** |
| **CLEVELAND METROPOLITAN BAR ASSOCIATION, ET AL.**         Defendants | * <br> * <br> * <br> * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT CLEVELAND METROPOLITAN BAR ASSOCIATION UNAUTHORIZED PRACTICE OF LAW COMMITTEE PURSUANT TO FRCP 41(A)

**NOW INTO COURT** comes plaintiff, Express Lien, Inc. dba *zlien* ("**Plaintiff**"), which files this Notice of Voluntary Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A) and hereby dismisses all claims asserted against Cleveland Metropolitan Bar Association Unauthorized Practice of Law Committee in both its original Complaint and proposed Amended Complaint *without prejudice*. Plaintiff avers that the filing of this Notice of Voluntary Dismissal is proper and effective without a court order as the Cleveland Metropolitan Bar Association Unauthorized Practice of Law Committee has not yet served an answer or a motion for summary judgment in the above-captioned matter.

Respectfully submitted:

**WOLFE LAW GROUP**

*/s/ Seth J. Smiley*
Seth J. Smiley (#32693)
seth@wolfelaw.com
365 Canal St. #1680
New Orleans, LA 70130
Tel. (504) 894-9653

AND

**ZLIEN**
Scott G. Wolfe, Jr. (#30122)
scott@wolfelaw.com
Nathan L. Budde (#32103)
nate@zlien.com
4821 Prytania Street
New Orleans, LA 70115
Tel. (866) 720-5436
In-House Counsel

### CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2015, I electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Seth J. Smiley