```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

**EXPRESS LIEN INC.**                                              **CIVIL ACTION**

**VERSUS**                                                          **NO. 15-2519**

**CLEVELAND METROPOLITAN BAR**                                      **SECTION "B"(2)**
**ASSOCIATION, ET AL.**

<u><b>ORDER</b></u>

Considering Plaintiffs', Express Lien, Inc. d/b/a *zlien*, Scott Wolfe, Jr., and Seth Smiley, foregoing "Motion and Incorporated Memorandum to Voluntarily Dismiss Case" (Rec. Doc. 91), filed in accordance with Fed. R. Civ. P. 41(a)(2),

**IT IS ORDERED** that Plaintiffs' Motion is **GRANTED**; all claims and other requests for relief of Plaintiffs against Defendants in the above-captioned matter are hereby **DISMISSED WITH PREJUDICE**, each party to bear its own costs and attorneys' fees.

New Orleans, Louisiana, this 21st day of July, 2016.

_____
SENIOR UNITED STATES DISTRICT JUDGE